IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 23-cv-14343 |
| | ) | |
| BURLINGTON COAT FACTORY | ) | Judge Kocoras |
| WAREHOUSE OF GURNEE, INC. | ) | |
| | ) | Magistrate Judge Kim |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff HOWARD COHAN gives

Notice of the voluntarily dismissal of this action without prejudice and without costs to either

party because of a settlement agreement between the parties. Plaintiff requests that the dismissal

without prejudice automatically convert to a dismissal with prejudice unless a motion to reinstate

the action is filed on or before February 16, 2024.

Dated: January 5, 2024          HOWARD COHAN


By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
1338 S. Federal St. #L
Chicago, IL  60605
Telephone:  312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 5, 2024, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Matthew S. Kenefick
Jeffer Mangels Butler & Mitchell, LLP
*Attorneys for Defendant*
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
msk@jmbm.com

by email same on January 5, 2024.

<u>/s/ Marshall J. Burt</u>
Marshall J. Burt

2