# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Howard Cohan

                      Plaintiff,

v.

Burlington Coat Factory Warehouse of Gurnee, Inc.

                      Defendant.

Case No.: 1:23−cv−14343

Honorable Charles P. Kocoras

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 8, 2024:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of the notice of dismissal [10] filed on 1/5/24, this matter is dismissed without prejudice to convert to a dismissal with prejudice on 2/16/24 without further order of the Court. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.